Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jennifer A. Grady, State Bar No. 256201
E-Mail: jagrady@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES,
DEPUTY ERMINA McKELVY, DEPUTY MARK COLLINS,
SGT. CHRIS MEADOWS and SGT. AUGIE PANDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES L. SPINKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, Deputy ERMINA MCKELVY #413287, individually and as a peace officer, DEPUTY MARK COLLINS #515592, individually and as a peace officer, Sgt. CHRIS MEADOWS #434144, individually and as a peace officer, SGT. AUGIE PANDO #110598 individually and as a peace officer, DOES 1-10 .<br><br>　　　　Defendants. | CASE NO. CV 10-07432 JFW (JEMx)<br><br>DISCOVERY MATTER<br><br>**[PROPOSED]** PROTECTIVE ORDER |

IT IS HEREBY ORDERED as follows:

　　　　1.　　That the information contained in the documents or items produced by defendant COUNTY OF LOS ANGELES in response to plaintiff JAMES L. SPINKS' Requests for Production, Set One, and any other discovery requests may contain privileged, proprietary and/or confidential official information and/or information. Specifically, this Protective Order protects the following documents that defendant COUNTY OF LOS ANGELES will produce to plaintiff JAMES L.

SPINKS:

        A.    Los Angeles County Sheriff's Department Employee Training Data Inquiry for ERMINA McKELVY, DEPUTY MARK COLLINS, SERGEANT CHRISTIAN MEADOWS; and SERGEANT AUGIE PANDO;

        B.    The Entire Los Angeles County Sheriff's Department Internal Affairs Bureau Investigative Report #FO2238279 related to the subject incident on February 20, 2009 which gave rise to this lawsuit ("subject incident"); and

        C.    Los Angeles County Sheriff's Department Executive Force Review Findings and Recommendations dated September 2, 2009, for the subject incident.

        2.    That working copies or file copies of documents or items containing such privileged, proprietary and/or confidential information produced pursuant to this Protective Order during discovery can be made for the following "Qualified Persons" only after agreeing in writing to be bound by this Protective Order: (1) the attorneys (including paralegals, law clerks, or other support personnel necessary for preparation of the case) for the parties; (2) the parties themselves; and (3) experts, agents, representatives, or consultants retained by the opposing party. These copies are to be used exclusively in connection with the above-captioned action. Any copies or other methods of reproduction of the documents or items made pursuant to this Order shall be stored and/or handled by "Qualified Persons" in a manner which will prevent the unauthorized disclosure thereof.

        3.    That documents or items containing such privileged, proprietary and/or confidential information pursuant to this Protective Order which pertain to information exchanged in discovery and other proceedings before the Magistrate Judge and are used as deposition exhibits, or in other discovery and/or pre-trial motions involving discovery shall be marked "privileged and confidential." Any deposition transcript or portion thereof filed or lodged with the court in connection to discovery and other proceedings before the Magistrate Judge containing

proprietary and/or confidential information or items as an exhibit shall be filed and/or lodged under seal pursuant to paragraph five.

4. That documents containing privileged, proprietary and/or confidential information or items pursuant to this Protective Order shall not be used by the parties hereto for any purpose whatsoever other than for preparation for trial and/or trial of the above-captioned action.

5. That if any of the documents designated as privileged, proprietary, and/or confidential pursuant to this Protective Order which pertain to information exchanged in discovery and other proceedings before the Magistrate Judge and are filed and/or lodged with the court, counsel for the respective parties are directed to file and/or lodge such documents pursuant to Local Rule 79-5 of the United States District Court, Central District of California.

6. That each expert, agent, representative, or consultant who is permitted by any attorney for the parties to view, examine, scan, or otherwise inspect the documents containing privileged, proprietary, and/or confidential information or items pursuant to this Protective Order shall agree in writing to be bound by the Protective Order. A copy of this Protective Order shall also be delivered to said expert, agent, representative, or consultant by attorneys for the parties.

7. That no party to this action, attorneys for the parties (including law clerks, paralegals, or other support personnel necessary for preparation for trial and/or trial); experts retained by the parties or the attorneys for the parties, agents, or representatives of the parties, will make copies or other types of reproductions, other than working copies or file copies for the persons described in paragraph two, or any document or item containing proprietary and/or confidential information made or produced pursuant to this Protective Order.

8. That all documents or items produced by the parties pursuant to this Protective Order, and any copies, lists or summaries thereof, shall be returned to the party who produced such documents or items after trial and/or other final resolution

| | |
|---|---|
| 1 | of the above-entitled action, unless these documents or items are introduced as |
| 2 | evidence or exhibits at the time of trial. |
| 3 |       9.    That documents or items containing privileged, proprietary, and/or |
| 4 | confidential information produced pursuant to this Protective Order apply to |
| 5 | information exchanged in discovery and other proceedings before the magistrate |
| 6 | judge only. |

      **APPROVED AND SO ORDERED.**

DATED: June 22, 2011

By:   */s/John E. McDermott*
        UNITED STATES MAGISTRATE JUDGE